## GAINES ET AL. v. HALE ET AL.

Where, in a suit between some of the claimants to the hot springs in Arkansas, the Supreme Court of that State by its decree refused aid to any of them against the other, except as to the improvements erected by each respectively on the property, and as to them saved the rights of the United States, this court, having decided in *Hot Springs Cases*, 92 U. S. 698, that the United States is the owner of the property, affirms that decree.

ERROR to the Supreme Court of the State of Arkansas.

Submitted on printed arguments by *Mr. W. M. Rose* for the plaintiffs in error, and by *Mr. Albert Pike, Mr. R. W. Johnson, Mr. J. B. Sanborn,* and *Mr. Frederick P. Stanton,* for the defendants in error.

MR. JUSTICE BRADLEY delivered the opinion of the court.

The decision made by this court in *Hot Springs Cases* at the last term, 92 U. S. 698, has disposed of the principal controversy between the parties in this case, by declaring that neither of them is entitled to the land in question, and that the same belongs to the United States. As the decree of the Supreme Court of Arkansas, in the present case, does not contravene this decision, but refuses aid to any of the parties against each other, except as to the improvements erected by each respectively, and as to these, saves the rights of the United States, we do not perceive any error in said decree on any Federal question.                          *Decree affirmed.*